**Tara K. GIAMINETTI, Respondent,**

v.

**DIRECTOR OF REVENUE, Appellant.**

**No. ED 73566.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 15, 1998.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, for appellant.

Tara K. Giaminetti, University City, Party Acting Pro se.

Before JAMES R.DOWD, P.J.,
LAWRENCE G. CRAHAN, J., and
RICHARD B. TEITELMAN, J.

## ORDER

PER CURIAM.

Director of Revenue (Director) appeals from the judgment reinstating the driving privilege of Tara K. Giaminetti after Director has suspended them pursuant to section 302.505, RSMo 1994. We have reviewed the briefs and the record on appeal and find no error of law. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).